Andrew D. Wright, #8857
Chet W. Neilson, #13561
STRONG & HANNI, P.C.
9350 South 150 East, Suite 500
Sandy, UT 84070
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
awright@strongandhanni.com
cneilson@strongandhanni.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT HOLLOWAY and BEVERLY J. HOLLOWAY, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a corporation,<br><br>Defendant. | **PETITION FOR REMOVAL**<br><br>Case No.: 2:25-cv-00874<br><br>Judge: |

Defendant State Farm Fire and Casualty Company, by and through its counsel, hereby petitions for removal of the above-entitled action from the Third Judicial District Court of Salt Lake County, State of Utah, to the United States District Court for the District of Utah, Central Division. By this petition, Defendant gives notice of the removal of this action. This removal is made pursuant to 28 U.S.C. § 1441 and § 1446 and is proper and appropriate based upon the following:

1. On September 4, 2025, Defendant was served with a Summons and Complaint in an action entitled *Holloway v. State Farm Fire and Casualty Company,* Civil No. 230904760, in

the Third Judicial District Court in and for Salt Lake County, State of Utah.

2. A copy of the Summons and Complaint is attached to this petition as Exhibit "A."

3. Pursuant to Local Rule 81-2(b)(2), a current copy of the state court docket sheet is attached as Exhibit "B."

4. Pursuant to Local Rule 81-2(b)(3), the Notice of Event Due Dates is attached as Exhibit "C."

5. Pursuant to Local Rule 81-2(b)(4), all pleadings, motions, orders, and other relevant filings, organized in chronological order by the state court filing date, are attached as Exhibit "D."

6. Pursuant to Local Rule 81-2(a)(2)(A)(i), on information and belief, Plaintiffs are residents of and domiciled in Utah and are not citizens of any other state.

7. Pursuant to Local Rule 81-2(a)(2)(A)(iii), Defendant is an Illinois incorporated insurance company with its principal place of business in Bloomington, Illinois, such that, for diversity purposes, Defendant is a citizen of Illinois and not Utah.

8. On September 30, 2025, Plaintiffs serve initial disclosures, identifying damages sought of "$90,228.25, plus interest, costs, and expenses of the lawsuit, public adjuster fees, and attorney fees," a copy of which is attached as Exhibit "E."

9. Removal of this action is proper under 28 U.S.C. § 1441(b). This Court has diversity jurisdiction over this matter as defendant State Farm is a foreign corporation, and Plaintiffs are citizens of the State of Utah. In addition, Plaintiff is seeking damages in an amount in excess of $75,000.

10. This Notice of Removal is filed within thirty (30) days after service of the Complaint, as required by 28 U.S.C. § 1441(b), and the removal is proper based upon diversity of

citizenship of the parties. Accordingly, the requirements of 28 U.S.C. § 1441(a) are met.

DATED this 30th day of September 2025.

                STRONG & HANNI


By   /s/ Andrew D. Wright
     Andrew D. Wright
     Chet W. Neilson
     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September 2025, a true and correct copy of the foregoing **PETITION FOR REMOVAL** was served by the method indicated below, to the following:

| | |
|---|---|
| Adriana Johnson | [ ]  U.S. Mail, Postage Prepaid |
| Alecia Johnson | [ ]  Hand Delivered |
| Johnson Legal Group | [ ]  Email |
| 5957 South Redwood Road, Suite 101 | [ ]  Facsimile |
| Taylorsville, UT 84123 | [ X ]  CM/ECF |
| adrianaj@aajohnsonlegal.com | |
| aleciaj@aajohnsonlegal.com | |
| *Attorneys for Plaintiff* | |

| | |
|---|---|
| Matthew S. Russo | [ ]  U.S. Mail, Postage Prepaid |
| Hodge Law Firm | [ ]  Hand Delivered |
| The Historic Runge House | [ ]  Email |
| 1301 Market Street | [ ]  Facsimile |
| Galveston, TX 77550 | [ X ]  CM/ECF |
| mrusso@hodgefirm.com | |
| *Attorneys for Plaintiff* | |

                /s/ Heidi McEwen